FILED

2023 DEC 20 AM 9: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: TV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | MJ 23-06522 |
|---|---|---|
| PLAINTIFF(S) | 2023-CCC-000025 | |
| v. | | |
| ADRIAN DAMICO MOON | **DECLARATION RE** | |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: COMMENCING CRIMINAL ACTION
in the SUPERIOR COURT OF THE    District of COLUMBIA CRIMINAL DIVISON    on 12/19/2023
at 1336    ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 12/19/2023
in violation of Title 18    U.S.C., Section(s) 3041
to wit: Failed to appear for mental health observation hearing

A warrant for defendant's arrest was issued by: Honorable Chief

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/19/2023
              Date

*Jordan Nguyen*
Signature of Agent

Jordan Nguyen
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT