MJ-23-06522

Case No.: 2023 CCC 25

## Superior Court of the District of Columbia
### CRIMINAL DIVISION
### SUPERSEDING INFORMATION

Having been appointed by the Court to prosecute this matter on behalf of the government, the Attorney General for the District of Columbia informs the Court that a civil protection order (CPO) was entered against:

Name: _____ Adrian D. Moon _____ 761097 _____ 06/01/1960 _____
            (First) (MI) (Last)         (PDID)        (DOB)

Address: 955 North Lake Avenue, Pasadena, California 91104

on __March 31, 2023,__ in case number __2023 CPO 1056__

The defendant was served with the order on April 18, 2023, in open court. The order directed the defendant to observe certain conditions, which he has failed to do, in that:

1. On or about April 20, 2023, at approximately 11:01 a.m., Defendant contacted D.M., via e-mail, in violation of D.C. Code §16-1005(f). (Contempt of TPO/CPO)

2. On or about May 25, 2023, at approximately 9:07 p.m., Defendant contacted D.M., via e-mail, in violation of D.C. Code §16-1005(f). (Contempt of TPO/CPO)

3. On or about June 3, 2023, at approximately 5:58 p.m., Defendant contacted D.M., via e-mail, in violation of D.C. Code §16-1005(f). (Contempt of TPO/CPO)

4. On or about July 27, 2023, at approximately 10:14 p.m., Defendant contacted D.M., via e-mail, in violation of D.C. Code §16-1005(f). (Contempt of TPO/CPO)

Date: __8 August 23__      _____
                            Assistant Attorney General
                            D.C. Office of the Attorney General

A TRUE COPY
DATE:
Clerk, Superior Court of the District of Columbia

Mr. Laurel Simon
Digitally signed by Mr. Laurel Simon
DN: cn=Mr. Laurel Simon, o=Domestic Violence Division, ou=Administrative Assistant, email=laurel.simon@dcsc.gov, c=US
Date: 2023.12.20 09:46:04 -05'00'

Filed
D.C. Superior Court
11/07/2023 10:29AM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Domestic Violence Division**

| | |
|---|---|
| IN RE | : 2023 CCC 000025 |
| | : |
| | : Judge Jennifer M. Anderson |
| ADRIAN DAMICO MOON | : |
| Defendant. | : |

MJ 23-06522

**ORDER DENYING MOTION TO STAY**
**EXECUTION OF THE WARRANT UNTIL DECEMBER 7, 2023**

This matter is before the Court upon consideration of the Motion to Stay Execution of the Warrant Until December 7, 2023, filed October 26, 2023, and the Government's Opposition to Defendant's Motion to Stay Execution of the Warrant Until December 7, 2023, filed November 3, 2023.

The Defendant currently lives in California and has failed to appear as directed multiple times. On June 22, 2023, the Defendant failed to appear for arraignment, and a bench warrant issued. At a status hearing on August 15, 2023, the Court ordered the Defendant to appear in person on September 14, 2023 for a forensic screening and a booking appointment. The Defendant failed to appear in person. The Court then ordered him to appear in person for a hearing on September 21, 2023 and the Defendant, again, failed to appear in person.

While appearing virtually in the September 21, 2023 hearing, the Defendant requested a few weeks to get funds together to appear in person. The Court reluctantly agreed, refrained from issuing a bench warrant, and set a forensic exam for October 25, 2023 and a mental health observation hearing for October 26, 2023. The Defendant once again appeared virtually and claimed he could not afford to travel to the District of Columbia. The Court did not credit Defendant's explanation and issued an extraditable bench warrant.

Not even an hour and a half later, the Defendant submitted a screenshot of an alleged airline

1

ticket purchase for a flight from Los Angeles, California to Washington, DC on December 6, 2023 and requests that the bench warrant be stayed until December 7, 2023. Given the Defendant's prior representations, the Court does not trust the Defendant to actually come to the next hearing in person. The Defendant has had ample opportunity to travel to DC and clearly had the means but chose not to do so until the issuance of the extraditable bench warrant. The Court will not grant the request.

Accordingly, it is this 7th day of November 2023 hereby:

**ORDERED** that the Motion to Stay Execution of the Warrant Until December 7, 2023, filed October 26, 2023, is **DENIED**.

Judge Jennifer M. Anderson
*Signed in Chambers*

**Copies to:**

Mark Rollins
419 Seventh Street, N.W., Suite 405
Washington, D.C. 20004
202-455-5002
mark@rollinsandchan.com
***Counsel for Defendant***
*Service via CaseFileXpress*

Matthew M. Graves
**United States Attorney**
United States Attorney's Office
*Service via CaseFileXpress*

Roseline Guest
Office of the Attorney General
**Assistant Attorney General**
roseline.guest@dc.gov
*Service via CaseFileXpress*

2