| Case Number | Status | Judge |
|---|---|---|
| 2023 CCC 000025 | Bench Warrant | ANDERSON, JENNIFER M |

| In The Matter Of | Action |
|---|---|
| MOON, ADRIAN DAMICO | Contempt of CPO/TPO |

| Party | | Attorneys |
|---|---|---|
| MOON, ADRIAN DAMICO | CDEF | ROLLINS, Mr MARK M |

| Opened | Disposed | Case Type |
|---|---|---|
| 06/09/2023 | Undisposed | Criminal Contempt |

Comments:

---

Charge:      16DC1005F                              Speed:         Zone:

Description: Contempt of CPO/TPO

Amnd Chrg:

Description:



Disposition:                      Disposition Date:

Plea: Not Guilty                  Decision:

Sentence:
Amount:                 Traffic Points:        Restrictions:

License Suspended Days:     Start Date:            End Date:

Jail Time:                  Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:          Start Date:            End Date:

Comments:

Charge:      16DC1005F                              Speed:         Zone:

Description: Contempt of CPO/TPO

Amnd Chrg:

Description:



Disposition:                      Disposition Date:

Plea:                             Decision:

Sentence:

000004

```
Date: 12/20/2023  10:11:08.6              Docket Sheet                           Page: 2
CRTR5925           Case 2:23-mj-06522-DUTY    Document 10-3    Filed 12/29/23   Page 2 of 11   Page ID
                                                 Summary      #:32
2023 CCC 000025   MOON, ADRIAN DAMICO
```

```
Amount:                        Traffic Points:        Restrictions:

License Suspended Days:        Start Date:            End Date:

Jail Time:                     Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:             Start Date:            End Date:

Comments:
Charge:       16DC1005F                               Speed:         Zone:

Description:  Contempt of CPO/TPO

Amnd Chrg:

Description:




Disposition:                           Disposition Date:

Plea:                                  Decision:

Sentence:
Amount:                        Traffic Points:        Restrictions:

License Suspended Days:        Start Date:            End Date:

Jail Time:                     Start Date:            End Date:


Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:             Start Date:            End Date:

Comments:
Charge:       16DC1005F                               Speed:         Zone:

Description:  Contempt of CPO/TPO

Amnd Chrg:

Description:


Disposition:                           Disposition Date:
```

2023 CCC 000025   MOON, ADRIAN DAMICO

Plea:                            Decision:

Sentence:
Amount:                    Traffic Points:         Restrictions:

License Suspended Days:    Start Date:             End Date:

Jail Time:                 Start Date:             End Date:

Suspended:
Amount:

License Suspended Days:

Jail Time:

Probation:
Type:

Probation Officer:

Days on Probation:         Start Date:             End Date:

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 12/15/23 | Domestic Violence Appeal Record (2ND APPEAL) Sent | 0.00 | 0.00 |
| 2 | 11/17/23 | Domestic Violence Appeal Record (1ST APPEAL) Sent | 0.00 | 0.00 |
| 3 | 11/09/23 | Appeal Package Filed | 0.00 | 0.00 |
| 4 | 11/09/23 | Notice of Appeal Filed Pro Se By Defendant (2ND) ADRIAN DAMICO MOON (Defendant (Criminal)); | 0.00 | 0.00 |
| 5 | 11/07/23 | Order Denying Motion Entered on the Docket | 0.00 | 0.00 |
| 6 | 11/07/23 | Order Denying Motion to Stay Execution of the Warrant Until December 7, 2023 Entered on the Docket 11/7/23. Signed by Judge Anderson 11/7/23. Copies efiled and eserved 11/7/23. CMF. | 0.00 | 0.00 |
| 7 | 11/03/23 | Opposition to Motion Filed | 0.00 | 0.00 |
| 8 | 10/27/23 | Quality Review | 0.00 | 0.00 |
| 9 | 10/27/23 | Case Status Changed to Bench Warrant | 0.00 | 0.00 |

```
Date: 12/20/2023  10:11:08.7           Docket Sheet                        Page: 4
CRTR5925           Case 2:23-mj-06522-DUTY    Document 10-3   Filed 12/29/23   Page 4 of 11   Page ID
                                              Summary                  #:34
2023 CCC 000025    MOON, ADRIAN DAMICO
```

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 10 | 10/27/23 | Alert Changed<br>Local - Misdemeanor FTA issued on 10/26/2023<br>For: MOON, ADRIAN DAMICO was changed on 10/27/2023  14:05:42.35 by OWENSD<br>WIN #:  T101392368 | 0.00 | 0.00 |
| 11 | 10/26/23 | Motion Filed: MOTION TO STAY EXECUTION OF THE WARRANT UNTIL DECEMBER 7, 2023 FILED.<br>Attorney: ROLLINS, Mr MARK M (453638) | 0.00 | 0.00 |
| 12 | 10/26/23 | Bench Warrant Forwarded to USM for Service | 0.00 | 0.00 |
| 13 | 10/26/23 | Form Generated:<br><br>Extraditable Bench Warrant<br>Sent on:  10/26/2023  12:45:14.82 | 0.00 | 0.00 |
| 14 | 10/26/23 | Alert Issued<br>*Extraditable Bench Warrant issued on: 10/26/2023<br>For: MOON, ADRIAN DAMICO<br>Bond Amt:   NO BOND<br>Alert Conditions(s):<br>Miscellaneous | 0.00 | 0.00 |
| 15 | 10/26/23 | WIN Number Received<br>WIN Number Received | 0.00 | 0.00 |
| 16 | 10/26/23 | *Bench Warrant Issued<br>*Extraditable Bench Warrant created on: 10/26/2023<br>For:  MOON, ADRIAN DAMICO | 0.00 | 0.00 |
| 17 | 10/26/23 | Alert Changed<br>Local - Misdemeanor FTA issued on 10/26/2023<br>For: MOON, ADRIAN DAMICO was changed on 10/26/2023  12:42:12.20 by WALKERT | 0.00 | 0.00 |
| 18 | 10/26/23 | Alert Cancelled - ENTERED IN ERROR<br>Local - Misdemeanor FTA canceled on: 10/26/2023<br>For: MOON, ADRIAN DAMICO | 0.00 | 0.00 |
| 19 | 10/26/23 | Alert Issued<br>Local - Misdemeanor FTA issued on: 10/26/2023<br>For: MOON, ADRIAN DAMICO<br>Bond Amt:  NO BOND<br>Alert Conditions(s):<br>Miscellaneous | 0.00 | 0.00 |

Date: 12/20/2023   10:11:08.7           Docket Sheet                         Page: 5
CRTR5925        Case 2:23-mj-06522-DUTY   Document 10-3   Filed 12/29/23   Page 5 of 11   Page ID
                                          Summary #:35

2023 CCC 000025   MOON, ADRIAN DAMICO

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 20 | 10/26/23 | Event Resulted - Release Status: PR PSA<br>The following event: Mental Observation Hearing scheduled for 10/26/2023 at 11:00 am has been resulted as follows:<br><br>Result: Defendant Failed to Appear. AAG AND ATTY ROLLINS PRESENT IN PERSON. BENCH WARRANT ISSUED FOR DEFENDANT; NO BOND<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 21 | 10/25/23 | Event Resulted - Release Status:   pr<br>The following event: Outpatient Forensic/Full Exam scheduled for 10/25/2023 at 11:30 am has been resulted as follows:<br><br>Result: Status, Preliminary or Other Hearing Not Held<br>Judge: DBHPR MENTAL EXAM    Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 22 | 10/25/23 | Notice of Non Compliance | 0.00 | 0.00 |
| 23 | 10/25/23 | Report Received from Department of Behavioral Health | 0.00 | 0.00 |
| 24 | 10/13/23 | Appeal Package Filed | 0.00 | 0.00 |
| 25 | 10/13/23 | Notice of Appeal Filed Pro Se By Defendant<br>ADRIAN DAMICO MOON (Defendant (Criminal)); | 0.00 | 0.00 |
| 26 | 09/22/23 | Quality Review | 0.00 | 0.00 |
| 27 | 09/22/23 | Case Status Changed to Mental Exam | 0.00 | 0.00 |
| 28 | 09/21/23 | Order for Preliminary Screening to Determine Defendant's Competency<br><br>Preliminary Competency Screening Order Sent on:  09/21/2023  11:41:35.55 | 0.00 | 0.00 |

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 29 | 09/21/23 | Event Resulted - Release Status: PR PSA<br>The following event: Mental Observation Hearing scheduled for 09/21/2023 at 11:00 am has been resulted as follows:<br><br>Result: Mental Competency Exam Requested: AAG GUEST, DEFENDANT PRESENT VIA WEBEX; ATTY ROLLINS PRESENT IN PERSON; FULL FORENSIC EXAM REQUESTED; Outpatient Forensic/Full Exam SET FOR 10/25/2023 AT 11:30AM IN DBH COURTROOM; MENTAL OBSERVATION 10/26/2023 AT 11AM; WARNING GIVEN<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 30 | 09/21/23 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 10/26/2023    Time: 11:00 am<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 31 | 09/21/23 | Event Scheduled<br>Event: Outpatient Forensic/Full Exam<br>Date: 10/25/2023    Time: 11:30 am<br>Judge: DBHPR MENTAL EXAM    Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 32 | 09/14/23 | Event Resulted - Release Status:   pr<br>The following event: Outpatient Forensic/Full Exam scheduled for 09/14/2023 at 9:30 am has been resulted as follows:<br><br>Result: Status, Preliminary or Other Hearing Not Held<br>Judge: DBHPR MENTAL EXAM    Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 33 | 09/14/23 | Report Received from Department of Behavioral Health | 0.00 | 0.00 |
| 34 | 09/07/23 | Quality Review | 0.00 | 0.00 |
| 35 | 09/01/23 | RETURNED MAIL UNDELIVERABLE | 0.00 | 0.00 |
| 36 | 08/28/23 | Order Entered on Docket - Order Clarifying Communications. Issued by Judge Kimberley Knowles, Presiding Judge of the Domestic Violence Division. | 0.00 | 0.00 |

Date: 12/20/2023  10:11:08.8         Docket Sheet                      Page: 7
CRTR5925        Case 2:23-mj-06522-DUTY   Document 10-3   Filed 12/29/23   Page 7 of 11   Page ID
                                          Summary #:37

2023 CCC 000025   MOON, ADRIAN DAMICO

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr  Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 37 | 08/15/23 | Event Resulted - Release Status: PR PSA The following event: Status Hearing scheduled for 08/15/2023 at 3:00 pm has been resulted as follows: Result: Hearing Held. AAG GUEST, ATTORNEY ROLLINS, AND DEFENDANT PRESENT VIA WEBEX. DEFENDANT ORDERED TO REPORT TO D.C. TO UNDERGO AN OUTPATIENT FORENSIC EXAM. BOOKING ORDER, NOTICES, AND FORENSIC EXAM FILED AND SCANNED. FORENSIC EXAM 9/14/23 AT 9:30AM. M.O. HEARING DATE 9/21/23 AT 11AM IN CTRM 117. WARNING GIVEN ON THE RECORD. Judge: ANDERSON, JENNIFER M Location: Courtroom 117 | 0.00 | 0.00 |
| 38 | 08/15/23 | Booking Order Filed | 0.00 | 0.00 |
| 39 | 08/15/23 | Remote Notice to Return to Court Filed (SEPTEMBER 21) Notice to Return to Court Sent on:  08/15/2023  15:28:41.78 | 0.00 | 0.00 |
| 40 | 08/15/23 | Remote Notice to Return to Court Filed (FORENSIC EXAM) Notice to Return to Court Sent on:  08/15/2023  15:26:32.51 | 0.00 | 0.00 |
| 41 | 08/15/23 | Order for Preliminary Screening to Determine Defendant's Competency Preliminary Competency Screening Order Sent on:  08/15/2023  15:23:55.11 | 0.00 | 0.00 |
| 42 | 08/15/23 | Event Scheduled Event: Outpatient Forensic/Full Exam Date: 09/14/2023   Time: 9:30 am Judge: DBHPR MENTAL EXAM   Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 43 | 08/15/23 | Event Resulted - Release Status: The following event: Mental Observation Hearing scheduled for 09/06/2023 at 10:00 am has been resulted as follows: Result: Hearing Vacated Judge: ANDERSON, JENNIFER M Location: Courtroom 117 | 0.00 | 0.00 |
| 44 | 08/15/23 | Event Scheduled Event: Mental Observation Hearing Date: 09/21/2023   Time: 11:00 am Judge: ANDERSON, JENNIFER M Location: Courtroom 117 | 0.00 | 0.00 |

Date: 12/20/2023  10:11:08.8           Docket Sheet                    Page: 8
CRTR5925          Case 2:23-mj-06522-DUTY   Document 10-3   Filed 12/29/23   Page 8 of 11   Page ID
                                     Summary  #:38

2023 CCC 000025   MOON, ADRIAN DAMICO

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr    Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 45 | 08/15/23 | Charge Filed<br>Charge #4: Contempt of CPO/TPO | 0.00 | 0.00 |
| 46 | 08/15/23 | Charge Filed<br>Charge #3: Contempt of CPO/TPO | 0.00 | 0.00 |
| 47 | 08/15/23 | Charge Filed<br>Charge #2: Contempt of CPO/TPO | 0.00 | 0.00 |
| 48 | 08/15/23 | Event Scheduled<br>Event: Status Hearing<br>Date: 08/15/2023    Time: 3:00 pm<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 49 | 08/14/23 | Report Received from Department of Behavioral Health | 0.00 | 0.00 |
| 50 | 08/14/23 | Event Resulted - Release Status:  pr<br>The following event: Outpatient Forensic/Full Exam scheduled for 08/14/2023 at 10:30 am has been resulted as follows:<br><br>Result: Hearing Held<br>Judge: DBHPR MENTAL EXAM    Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 51 | 08/14/23 | Motion Filed:<br>Attorney: ROLLINS, Mr MARK M (453638) | 0.00 | 0.00 |
| 52 | 08/08/23 | Superseding Information Filed | 0.00 | 0.00 |
| 53 | 08/08/23 | Event Resulted - Release Status: PR PSA<br>The following event: Arraignment scheduled for 08/08/2023 at 10:00 am has been resulted as follows:<br><br>Result: Mental Competency Exam Requested. AAG GUEST, ATTORNEY ROLLINS, AND DEFENDANT PRESENT VIA WEBEX. DEFENDANT ARRAIGNED. DEFENDANT RELEASED WITH CONDITIONS. FORENSIC EXAM DATE 8/14/23 AT 10:30AM. M.O. HEARING DATE 9/6/23 AT 10AM IN CTRM 117. WARNING GIVEN ON THE RECORD. FORENSIC EXAM ORDER EMAILED TO THE CRIMINAL MENTAL HEALTH EMAIL.<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 54 | 08/08/23 | Remote Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  08/08/2023  10:36:52.84 | 0.00 | 0.00 |

```
Date: 12/20/2023  10:11:08.8         Docket Sheet                              Page: 9
CRTR5925       Case 2:23-mj-06522-DUTY   Document 10-3   Filed 12/29/23   Page 9 of 11   Page ID
                                         Summary  #:39
2023 CCC 000025   MOON, ADRIAN DAMICO
```

```
No.      Date of  Pleadings Filed, Orders and Decrees    Amount Owed/      Balance Due
                  Journal Book-Page-Nbr    Ref Nbr       Amount Dismissed
```

| No. | | Date of | Pleadings Filed, Orders and Decrees | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|---|
| 55 | 📷 | 08/08/23 | Order for Preliminary Screening to Determine Defendant's Competency<br><br>Preliminary Competency Screening Order<br>Sent on: 08/08/2023 10:26:32.87 | 0.00 | 0.00 |
| 56 | | 08/08/23 | Event Scheduled<br>Event: Mental Observation Hearing<br>Date: 09/06/2023 Time: 10:00 am<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 57 | | 08/08/23 | Event Scheduled<br>Event: Outpatient Forensic/Full Exam<br>Date: 08/14/2023 Time: 10:30 am<br>Judge: DBHPR MENTAL EXAM Location: Moultrie Room Level C Room C 10.09 | 0.00 | 0.00 |
| 58 | | 08/08/23 | Alert Served<br>Local - Misdemeanor FTA served on: 08/08/2023<br>For: MOON, ADRIAN DAMICO<br>WIN #: T101360071 | 0.00 | 0.00 |
| 59 | 📷 | 08/08/23 | Release Conditions<br><br>Pre-Trial Services Release Form<br>Sent on: 08/08/2023 09:20:38.86 | 0.00 | 0.00 |
| 60 | 📷 | 08/08/23 | Pretrial Stay Away Order Filed<br><br>Pretrial Stay Away-No Contact Order<br>Sent on: 08/08/2023 09:17:25.28 | 0.00 | 0.00 |
| 61 | 📷 | 08/07/23 | Order Entered on the Docket - Amended order regarding transcript 8/7/23. Signed by AJ Wingo 8/7/23. Emailed for filing 8/7/23. Copies emailed 8/7/23. DC. | 0.00 | 0.00 |
| 62 | 📷 | 07/28/23 | Order Entered on the Docket - Order regarding transcripts 7/28/23. Signed by AJ Wingo 7/28/23. Emailed for filing 7/28/23. Copies emailed 7/28/23. DC. | 0.00 | 0.00 |
| 63 | | 07/25/23 | Case Status Changed to Bench Warrant | 0.00 | 0.00 |
| 64 | | 07/25/23 | Quality Review of Order | 0.00 | 0.00 |
| 65 | 📷 | 07/20/23 | Order Granting Motion Entered on the Docket | 0.00 | 0.00 |

```
Date: 12/20/2023  10:11:08.9           Docket Sheet                          Page:  10
CRTR5925       Case 2:23-mj-06522-DUTY   Document 10-3   Filed 12/29/23   Page 10 of 11   Page ID
                                         Summary              #:40
2023 CCC 000025   MOON, ADRIAN DAMICO
```

```
No.     Date of    Pleadings Filed, Orders and Decrees       Amount Owed/        Balance Due
                   Journal Book-Page-Nbr      Ref Nbr        Amount Dismissed
```

| No. | Date of | Pleadings Filed, Orders and Decrees | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 66 | 07/20/23 | Event Scheduled<br>Event: Arraignment<br>Date: 08/08/2023    Time: 10:00 am<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 67 | 07/20/23 | Order Granting in Part Motion to Quash Warrrant and Set a Status Hearing Entered on the Docket 7/20/23.  Signed by Judge Anderson 7/20/23.  Copies efiled and eserved 7/20/23.ddw | 0.00 | 0.00 |
| 68 | 07/17/23 | Attorney Appointed<br>Attorney ROLLINS, Mr MARK M representing Defendant (Criminal) MOON, ADRIAN DAMICO as of 07/17/2023 | 0.00 | 0.00 |
| 69 | 07/17/23 | Motion Filed: MOTION TO QUASH WARRANT AND SET A STATUS HEARING FILED. Attorney: ROLLINS, Mr MARK M (453638) | 0.00 | 0.00 |
| 70 | 07/17/23 | CJA Attorney Appointed<br>Attorney: ROLLINS, Mr MARK M (453638) | 0.00 | 0.00 |
| 71 | 07/12/23 | Order Entered on the Docket | 0.00 | 0.00 |
| 72 | 07/11/23 | Order Appointing Counsel Entered on the Docket 7/11/23.  Signed by Judge Anderson 7/11/23.  Copies emailed to defendant, efiled and eserved 7/11/23.ddw | 0.00 | 0.00 |
| 73 | 06/23/23 | Order Entered on the Docket - Modified Order Enjoining Certain Communications 6/23/23. Signed by AJ Wingo 6/23/23. Emailed for filing 6/23/23. Copies emailed 6/23/23. DC. | 0.00 | 0.00 |
| 74 | 06/22/23 | Event Resulted – Release Status: The following event: Arraignment scheduled for 06/22/2023 at 10:15 am has been resulted as follows:<br><br>Result: Defendant Failed to Appear- BW ISSUED NO BOND<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117<br> Participant(s): Judge JENNIFER M ANDERSON | 0.00 | 0.00 |
| 75 | 06/22/23 | WIN Number Received<br>WIN Number Received | 0.00 | 0.00 |

Date: 12/20/2023   10:11:08.9                Docket Sheet                         Page: 11
CRTR5925         Case 2:23-mj-06522-DUTY    Document 10-3    Filed 12/29/23    Page 11 of 11    Page ID #:41
                                              Summary

2023 CCC 000025    MOON, ADRIAN DAMICO

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 76 | 06/22/23 | *Bench Warrant Issued<br><br>Bench Warrant (D.C. Only)<br>Sent on:  06/22/2023  11:42:22.56 | 0.00 | 0.00 |
| 77 | 06/22/23 | Alert Issued<br>Local - Misdemeanor FTA issued on: 06/22/2023<br>For: MOON, ADRIAN DAMICO<br>Bond Amt:  NO BOND<br>Alert Conditions(s):<br>Miscellaneous | 0.00 | 0.00 |
| 78 | 06/09/23 | Judicial Summons Mailed | 0.00 | 0.00 |
| 79 | 06/09/23 | Judicial Summons Mailed | 0.00 | 0.00 |
| 80 | 06/09/23 | Judicial Summons Ordered<br><br>Judicial Summons<br>Sent on:  06/09/2023  09:58:06.11 | 0.00 | 0.00 |
| 81 | 06/09/23 | Judicial Summons Ordered<br><br>Judicial Summons<br>Sent on:  06/09/2023  09:53:34.74 | 0.00 | 0.00 |
| 82 | 06/09/23 | Information Filed: | 0.00 | 0.00 |
| 83 | 06/09/23 | Affidavit In Support Of  Filed | 0.00 | 0.00 |
| 84 | 06/09/23 | Event Scheduled<br>Event: Arraignment<br>Date: 06/22/2023    Time: 10:15 am<br>Judge: ANDERSON, JENNIFER M<br>Location: Courtroom 117 | 0.00 | 0.00 |
| 85 | 06/09/23 | Charge Filed 2023 CPO 1056<br>Charge #1: Contempt of CPO/TPO | 0.00 | 0.00 |

                          Totals By:   Information
                                                              0.00              0.00
                          *** End of Report ***