# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>ADRIAN DAMICO MOON,<br>    Defendant. | 2:23-MJ-6522-PD<br><br>ORDER DENYING<br>EMERGENCY MOTION (Dkt. 23) |

To the extent the motion was meant to be addressed to this court, it is denied.

IT IS SO ORDERED.

Date: January 16, 2024

_____
Dale S. Fischer
United States District Judge