UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    2:23-mj-06522                                    Date: January 16, 2024

Present: The Honorable:    PATRICIA DONAHUE, United States Magistrate Judge

Interpreter    N/A

| Isabel Verduzco | N/A | Sarah Spielberger (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Adrian Damico Moon, pro se | | X | | | | | |

**Proceedings:**    **(In Chambers) Order Re: Defendant's Refusal to Exit his Cell**

On January 3, 2024, the Court issued the Final Commitment and Warrant of Removal requiring that Defendant Moon be removed forthwith to the District of Columbia, where the charges against him were filed and are pending.  [Dkt. No. 22.]

The United States Marshals Service has advised the Court that Defendant Moon has refused to come out of his cell.

The government is ordered to submit a pleading by **January 18, 2024**, setting forth the law regarding an order of extraction and providing a declaration or other evidentiary support for such an order.

IT IS SO ORDERED.

                                                              :
                                    Initials of Deputy Clerk _____